IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| DAVID L. BORGES and JENNIFER BORGES, <br><br> Plaintiff, <br><br> v. <br><br> STRYK GROUP USA, LLC and JEFFREY EDWARDS, <br><br> Defendants. | CV-24-26-BU-BMM <br><br><br> **ORDER** |

Plaintiffs have moved for an order allowing Rylee Estes, Esq., to appear *pro hac vice* in this case with Dylan M. McFarland, Esq., designated as local counsel. (Doc. 54.) The application of Ms. Estes appears to be in compliance with L.R. 83.1(d). **IT IS ORDERED**:

Plaintiffs' motion to allow Ms. Estes to appear in this Court (Doc. 54) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Estes must do her own work. She must do her own writings, sign her own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Estes, not the law firm she works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Estes must file, within fifteen (15) days from the date of this Order, an acknowledgment an acceptance of his admission under the terms set forth above.

DATED this 18th day of March 2025.

_____
Brian Morris, Chief District Judge
United States District Court