# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| DAVID L. BORGES and JENNIFER BORGES,<br><br>    Plaintiffs,<br><br>vs.<br><br>STRYK GROUP FUND and JEFFREY EDWARDS,<br><br>    Defendants. | CV-24-26-BU-BMM<br><br>**ORDER** |
| STRYK GROUP FUND, a Delaware Corporation, and JEFFREY EDWARDS,<br><br>    Counterclaimants,<br><br>v.<br><br>DAVID L. BORGES,<br><br>    Counterdefendant. | |

The parties have stipulated to the dismissal of all claims in this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 60). For good cause appearing, **IT IS HEREBY ORDERED** that all claims in this matter are dismissed with prejudice.

DATED this 10th of October, 2025.

Brian Morris, Chief District Judge
United States District Courts